(HC) Joseph v. Runnels et al. Doc. 5

Case 2:05-cv-00938-FCD-DAD   Document 5   Filed 05/18/2005   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH N. JOSEPH,

        Petitioner,                No. CIV S-05-0938 FCD DAD P

    vs.

D.L. RUNNELS, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis.

        Petitioner's in forma pauperis application has not been certified by a prison official and is not accompanied by a certified trust account statement. In an accompanying letter, petitioner states that the inmate trust office has not yet issued a certified trust account statement. Petitioner will be granted thirty days to submit a properly completed in forma pauperis application.

        Petitioner's request for copies of his documents is denied. The Clerk's Office is unable to provide litigants with free copies of documents submitted to the court for filing.

/////

/////

1

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a new application to proceed in forma pauperis; petitioner's failure to respond to this order may result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this court in habeas corpus proceedings.

DATED: May 17, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jose0938.101m

2