IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH N. JOSEPH,

    Petitioner,               No. CIV S-05-0938 FCD DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.         ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse to respondents' answer pursuant to the court's order filed October 24, 2006. Good cause appearing, the request will be granted.

        Petitioner has also requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of a habeas case "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel for petitioner. Petitioner's request will therefore be denied.

/////

/////

1

Accordingly, IT IS ORDERED that:

1. Petitioner's December 4, 2006 request for appointment of counsel is denied;

2. Petitioner's December 21, 2006 request for extension of time is granted; and

3. Petitioner shall file and serve his traverse to respondents' answer on or before January 23, 2007.

DATED: December 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
jose0938.111+110

2