IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH N. JOSEPH,

    Petitioner,                     No. CIV S-05-0938 FCD DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                <u>ORDER</u>

                                  /

        Petitioner has requested a second extension of time to file a traverse to respondents' answer pursuant to the court's order filed October 24, 2006. Good cause appearing, a final extension of time will be granted. IT IS HEREBY ORDERED that:

        1. Petitioner's January 22, 2007 request for enlargement of time is granted; and

        2. Petitioner shall place his traverse in the mail to the court and respondents' counsel on or before February 23, 2007; no further extension of time will be granted for this purpose.

DATED: January 29, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jose0938.111sec