IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH N. JOSEPH,

    Petitioner,        No. CIV S-05-0938 FCD DAD P

  vs.

D.L. RUNNELS, et al.,

    Respondents.      <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file his objections to the February 21, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 9, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the February 21, 2007 findings and recommendations.

DATED: March 21, 2007.

                          /s/ Dale A. Drozd
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

DAD:bb
jose0938.111