IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH N. JOSEPH,

    Petitioner,          No. CIV S-05-0938 FCD DAD P

   vs.

D.L. RUNNELS, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner has requested a second extension of time to file his objections to the court's February 21, 2007 findings and recommendations. Petitioner has also requested a copy of the court's findings and recommendations. Good cause appearing, petitioner's requests will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's April 23, 2007 request for an extension of time is granted;

        2. Petitioner is granted thirty days from the date of this order in which to file his objections to the February 21, 2007 findings and recommendations. No further extensions of time will be granted for this purpose; and

/////

/////

3. The Clerk of the Court is directed to send petitioner a copy of this court's February 21, 2007 findings and recommendations.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jose0938.111obj