1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH N. JOSEPH,

11          Petitioner,                        No. CIV S-05-0938 FCD DAD P

12       vs.

13   D.L. RUNNELS, et al.,

14          Respondents.                ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On February 21, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  On March

22   22, 2007, petitioner was granted a thirty-day extension of time to file objections.  On May 1,

23   2007, petitioner was granted an additional thirty days to file objections and was forewarned that

24   no further extension of time would be granted for this purpose.  The time period has now expired

25   and neither party has filed objections to the findings and recommendations.

26   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations filed February 21, 2007, are adopted in

5  full;

6    2.  Petitioner's November 27, 2006,  motion for leave to amend is denied; and

7    3.  The proposed first amended petition submitted on November 27, 2006, is

8  disregarded.

9  DATED: June 13, 2007.

10

11  _____

   FRANK C. DAMRELL, JR.

12     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26